UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| CAPITOL INDEMNITY CORPORATION, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO: 1:16-cv-00109-JTM-SLC |
| TIAN BAO LIN, *doing business as* New China Buffet, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## **OPINION AND ORDER**

On April 14, 2016, Plaintiff Capitol Indemnity Corporation filed an amended complaint against five individual Defendants, alleging that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. (DE 8). The complaint alleges that, "[u]pon information and belief," each individual Defendant is domiciled in Indiana. (DE 8 ¶¶ 5-6, 9-11).

Plaintiff's allegations concerning citizenship of the individual Defendants are premised "[u]pon information and belief." (DE 8 ¶¶ 5-6, 9-11). But "[a]llegations of federal subject matter jurisdiction may not be made on the basis of information and belief, only personal knowledge." *Yount v. Shashek*, No. Civ. 06-753-GPM, 2006 WL 4017975, at \*10 n.1 (S.D. Ill. Dec. 7, 2006) (citing *Am.'s Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992)); *see Ferolie Corp. v. Advantage Sales & Mktg., LLC*, No. 04 C 5425, 2004 WL 2433114, at \*1 (N.D. Ill. Oct. 28, 2004).

Accordingly, Plaintiff is ORDERED to file a second amended complaint on or before May 12, 2016, that properly alleges the citizenship of each party on the basis of personal knowledge.

SO ORDERED.

Entered this 28th day of April 2016.

/s/ Susan Collins
Susan Collins,
United States Magistrate Judge